1
2
3
4
5
6
7
8
9

10              IN THE UNITED STATES DISTRICT COURT
11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12  TIMOTHY BYRNES,

13          Plaintiff,                No. Civ. S-05-2375-DFL GGH

14      v.                            RECUSAL ORDER

15  WALGREENS HEALTH INITIATIVES,
    INC., WALGREENS HOME CARE, INC.,
16  and WALGREENS MAIL SERVICE,
    INC., and DOES 1 through 50,
17  inclusive,

18          Defendants.
                                    /
19

20      Upon examination of the above-captioned action, the under-
21  signed judge disqualifies himself.
22      Good cause appearing therefor,
23      IT IS HEREBY ORDERED that the undersigned recuses himself as
24  the judge for the above-captioned case.
25      IT IS FURTHER ORDERED that the Clerk of the Court reassign
26  this case to another judge for all further proceedings and that

1 | the Clerk of the Court make appropriate adjustment in the
2 | assignment of civil cases to compensate for this reassignment.
3 |         IT IS SO ORDERED.  **Morrison C. England, Jr.**
4 | DATED: 1/30/2006

_____
DAVID F. LEVI
United States District Judge

**2 0 5 - CV - 2 3 7 5 MCE GGH**