REX DARRELL BERRY, State Bar No. 110219
SCOTT M. PLAMONDON, State Bar No. 212294
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendants
Walgreens Health Initiatives, Inc.
Walgreens Home Care, Inc. and
Walgreens Mail Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BYRNES, <br><br> Plaintiff, <br><br> v. <br><br> WALGREENS HEALTH INITIATIVES, INC., WALGREENS HOME CARE, INC. and WALGREENS MAIL SERVICE, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:05-cv-2375 MCE GGH <br><br> **JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **Fed. R. Civ. P. 41(a)(1)** |

## I. STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action shall be and hereby is dismissed with prejudice, with each party bearing its own costs and attorneys fees.

Dated: June 1, 2006         /s/ ROBERT C. BOWMAN, JR.
                            Robert C. Bowman, Jr.
                            Beyer, Pongratz & Rosen
                            Attorneys for Plaintiff Timothy Byrnes

///

///

///

| | |
|---|---|
| Dated: June 1, 2006 | /s/ REX DARRELL BERRY<br>Rex Darrell Berry<br>Berry & Block, LLP<br>Attorneys for Defendants<br>Walgreens Health Initiatives, Inc.,<br>Walgreens Home Care, Inc. and Walgreens<br>Mail Service, Inc. |

I hereby attest that counsel for each party has on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this entitled document.

## II. ORDER

IT IS HEREBY ORDERED that pursuant to the joint stipulation of voluntary dismissal between the parties to the above-captioned action, this action is hereby dismissed with prejudice, with each party bearing its own costs and attorneys fees.

Dated: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Submitted by:   Rex Darrell Berry
Berry & Block, LLP
Attorneys for Defendant
Walgreen Co.

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Robert C. Bowman, Jr.
Beyer, Pongratz & Rosen
3230 Ramos Circle
Sacramento, CA  95827
(916) 369-9750
(916) 369-9760 FAX

**Attorneys for Defendant**

Rex Darrell Berry
Scott M. Plamondon
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

DATED this 24th day of May, 2006.

By:  /s/ DOROTHY AZEVEDO
Dorothy Azevedo